UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:11-CR-15-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO SEAL |
| VS. ) | |
| ) | |
| ANNITTIE PEABODY, ) | |
| Defendant ) | |

This matter coming onto be heard and being heard by the undersigned United States District Court Judge on Defendant's Motion to Seal Docket Entry No. 32 . The Motion to SEAL is GRANTED and Docket Entry No. 32 is ordered to be kept under SEAL pending further Order of this Court.

This the ___9___ day of August, 2011.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE
E.D.N.C.