# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Annittie Peabody                          Docket No. 5:11-CR-15-1BO

### Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Annittie Peabody, who, upon an earlier plea of guilty to Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. §1349, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 19, 2012, to the custody of the Bureau of Prisons for a term of 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Annittie Peabody was released from custody on January 19, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is in very poor health. She is confined to a wheelchair due to advanced Rheumatoid Arthritis, and her physician has stated 'her time on earth seems to be drawing near'. We recommend the requirement that she submit to drug testing be waived.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The requirement to submit to drug testing is waived.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 2, 2012 |

Annittie Peabody
Docket No. 5:11-CR-15-1BO
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this __3__ day of __April__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge